**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 05-cr-0269-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **CHAD JOSEPH ROMERO**,

    Defendant.

---

**ORDER REVOKING SUPERVISED RELEASE AND TERMINATING SUPERVISION**

---

    This matter was before the Court for a supervised release violation hearing on June 4, 2015, upon report of the probation officer that the defendant had violated the terms and condition of supervision. The Defendant, having appeared at a violation hearing on October 8, 2014, admitted to the violation of supervised release. Based on this admission, the Court finds the Defendant guilty as alleged.

    It is therefore ORDERED that the Defendant's supervised release is revoked and supervision is hereby terminated.

    Dated this 8th day of June, 2015.

                                           BY THE COURT:

                                           William J. Martínez
                                           United States District Judge